UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MICHAEL DEWAYNE COMPTON,  :  NO. 1:11-CV-626
  :
    Plaintiff,  :
  :
    vs.  :  **ORDER**
  :
COMMISSIONER OF SOCIAL  :
SECURITY,  :
  :
    Defendant.  :

This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 12), in which she recommends that the decision of the Commissioner to deny Plaintiff Disability Insurance and Social Security Insurance Benefits be reversed and the matter be remanded under sentence four of 42 U.S.C. §405(g).

Proper notice was given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981).  As of the date of this Order, no objections have been filed.

Having reviewed this matter pursuant to 28 U.S.C. §

636, the Court finds the Magistrate Judge's Report and Recommendation thorough, well-reasoned, and correct.

Accordingly, the Court hereby ADOPTS and AFFIRMS the Magistrate Judge's Report and Recommendation (doc. 12) in all respects and REVERSES the Commissioner's decision denying Plaintiff's applications for benefits. The Court thus REMANDS the case under sentence four of 42 U.S.C. § 405(g) for the ALJ to, <u>inter alia</u>, re-assess all medical opinions, including the opinion of Plaintiff's treating physician and provide additional reasons for the evaluation of such opinions consistent with the Magistrate Judge's Report; carefully review evidence of Plaintiff's allegations of additional limitations; include all relevant limitations into any hypotheticals presented to a vocational expert; and fully evaluate whether Plaintiff meets or equals Listing 12.03, 12.04, or 12.06. Finally, the Court ORDERS that this case be closed.

SO ORDERED.

DATED: October 25, 2012   /s/ S. Arthur Spiegel
                          S. Arthur Spiegel
                          United States Senior District Judge